■ The People of the State of New York, Respondent, v George W. Hankins, Appellant. [687 NYS2d 289] —Appeal by the defendant from a judgment of the County Court, Nassau County (Ort, J.), rendered February 26, 1998, convicting him of menacing in the second degree, criminal possession of a weapon in the third degree, and petit larceny, after a nonjury trial, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress statements made by him to law enforcement authorities.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*People v Suitte,* 90 AD2d 80).

We find no merit to the defendant's remaining contentions. Ritter, J. P., Friedmann, McGinity and Smith, JJ., concur.